# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**TERESA BLOODMAN**                                                                                          **PLAINTIFF**

**V.**                         **CASE NO: 4:12 -cv-660-BSM**

**RHONDA WOOD, CIRCUIT COURT JUDGE FOR THE
TWENTIETH JUDICIAL DISTRICT OF ARKANSAS,
IN HER OFFICIAL AND INDIVIDUAL CAPACITY,
CODY HILAND, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS
PROSECUTING ATTORNEY FOR THE TWENTIETH JUDICIAL DISTRICT OF
ARKANSAS,  JOAN SHIPLEY, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY
AS DEPUTY PROSECUTING ATTORNEY FOR THE TWENTIETH JUDICIAL
DISTRICT OF ARKANSAS                                                                                        DEFENDANTS**

## MOTION FOR ORDER TO SHOW CAUSE AND REQUEST FOR EMERGENCY HEARING

Comes now the movant and for her motion states as follows:

1.  That the movant filed a Notice of Removal pursuant to 28 U.S.C. 1441 et. seq. (see attached Exhibit 1)

2.  That a copy of said Notice was duly served upon Judge Rhonda Woods requiring her to cease any action in the matter sought to be removed until considered by this Court.

3.  That after filing of the Notice of Removal and in total disregard of the rights of the Movant or the law relating to and governing removals, Judge Woods, based upon information and belief, willfully and intentionally ignored the mandates of 28 U.S. C. 1441 et. seq., and issued a warrant for the arrest of movant

1

and a body attachment. In essence, she has ordered the arrest of the Movant and directed that movant be held for an undetermined amount of time.

4. The facts giving rise to the Notice of Removal filed by movant as more fully explained in the attached complaint and Notice, stemmed from an Order to Show Cause issued by Judge Rhonda Wood seeking to hold Movant in contempt of Court; Movant requested a continuance for the purpose of obtaining information that might be used at a hearing and to obtain assistance of counsel; Movant continued to assert that Judge Woods was without jurisdiction to conduct a hearing under the circumstances of this case; recognizing that the proceeding was criminal in nature, movant invoked her right to remain silent under the guarantees of the 5th Amendment to the United States Constitution; Judge Woods, without notice and due process, summarily placing the movant in jail without a hearing until she waived her constitutional rights. (See attached Exhibit 2- complaint and Exhibits A-I)

5. That due to the conduct of Judge Rhonda Woods, the movant will be deprived of her liberty and property without due process. She not only is a licensed attorney representing other parties scheduled to appear in court, but also a single parent of two children.

6. That the conduct of Judge Rhonda Woods is yet another attempt by Judge

Woods to circumvent the Jurisdiction of this Court pending consideration of federal matters and questions presented by the court.

7.  The conduct of Judge Rhonda Woods is of such an egregious nature that it has chilled the right of the Movant to exercise her rights guaranteed under the U. S. Constitution.

8.  That an order should be entered forthwith, requiring the Respondent Judge Rhonda Woods to appear at an evidentiary hearing and to show cause why she should not be held in contempt of Court.

**WHEREFORE,** Petitioner prays that this motion be granted and that this court in the alternative require Judge Rhonda Woods to appear at a show cause hearing, to show cause why she should not be held in contempt of court and for all other proper relief, considering the urgency of this matter, attorney fees, costs and all other proper and just relief.

Respectfully submitted,

/s/Teresa Bloodman
Teresa Bloodman #2005055
Pro Se
P.O. Box 13641
Maumelle, AR  72113
(501) 373-8223 Office
(501) 847-4040 Facsimile

## CERTIFICATE OF SERVICE

I, Teresa Bloodman, do hereby certify that on this 28th day of October 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all CM/ECF participating counsel of record listed below; and I further certify that I have mailed the document, via U.S. Mail, postage prepaid, to all non CM/ECF participants listed below:

Rhonda Woods
Circuit Judge
1423 Caldwell
Conway, AR  72034

Joan Shipley
Deputy Prosecuting Attorney
Faulkner County Prosecutor's Office
609 Locust Street
Conway, AR 72033

Cody Hiland
Prosecuting Attorney
Faulkner County Prosecutor's Office
609 Locust Street
Conway, AR 72033

/s/Teresa Bloodman
Teresa Bloodman