**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**STATE OF ARKANSAS**                                                                            **PLAINTIFF**

v.                            **CASE NO. 4:12CV00660 BSM**

**DARTANION THOMPSON et al.**                                              **DEFENDANTS**

## ORDER

This case is remanded to the Faulkner County Circuit Court because "[a] juvenile...shall not be proceeded against in any court of the United States" unless the action is certified by the Attorney General of the United States, and nothing indicates that the Attorney General certified removal herein.  *U.S. v. Juvenile Male*, 923 F.2d 614 (8th Cir. 1991) (citing to 18 U.S.C. § 5032)).  Further, although Teresa Bloodman filed a notice of removal [Doc. No. 1] on behalf of defendants Dartanian Thompson and Torrence Taylor as to their state juvenile case, the complaint that was filed herein is identical to the complaint filed in *Bloodman v. Wood*, case number 4:12-CV-659-SWW, and that complaint was dismissed with prejudice by the Honorable Susan Webber Wright on October 25, 2012.  *See* [Doc. No. 2], case number 4:12-CV-659-SWW.

IT IS SO ORDERED this 30th day of October 2012.

_____
UNITED STATES DISTRICT JUDGE